```
                    FILED
          CLERK, U.S. DISTRICT COURT

               04/06/2022

         CENTRAL DISTRICT OF CALIFORNIA
         BY:        AP         DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN BIAGIANTI,<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00098-JGB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Distribution of<br>Fentanyl Resulting in Death] |

　　The Grand Jury charges:

　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

　　On or about August 8, 2021, in Riverside County, within the Central District of California, defendant JOHN BIAGIANTI knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug

///

controlled substance, the use of which resulted in the death and serious bodily injury of K.D. on or about August 9, 2021.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Branch Office