Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
4/8/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RAM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:22-CR-00098-JGB

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF | CASE NUMBER: RP-22-0089 |
| V. JOHN BIAGIANTI  DEFENDANT  USMS# _____ | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/08/2022 at ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   841(a)(1), (B)(1)(C)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: ▓▓▓▓ 1990

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Heja Rosebiani   (please print)

12. Office Phone Number: 951-377-4712

13. Agency: DEA

14. Signature: HEJA ROSEBIANI  Digitally signed by HEJA ROSEBIANI  Date: 2022.04.08 08:28:59 -07'00'

15. Date: 04/08/2022

CR-64 (09/20)              REPORT COMMENCING CRIMINAL ACTION