# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:22-CR-00098-JGB    Recorder: CS RS4 04/08/2022    Date: 04/08/2022

Present: The Honorable Kenly Kiya Kato, U.S. Magistrate Judge

Court Clerk: Donnisha Brown    Assistant U.S. Attorney: Stephen Merrill

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| John Biagianti<br>　　　Custody | David Wohl, Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Jesus G. Bernal.
It is ordered that the following date(s) and time(s) are set:
　　　Jury Trial 5/31/2022 at 9:00 AM
　　　Status Conference 5/16/2022 at 2:00 PM
　　　Motion Hearing 5/16/2022 at 2:00 PM
　　　Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 5 days.

The parties are referred to Judge Bernal's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Bernal is located in Courtroom 1 in the Riverside Courthouse.

PIA: 00 : 03
Initials of Deputy Clerk: dsb